# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAEKWON SETREY ROBERTSON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 84792

FILED

JUN 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

This court's review of this appeal reveals jurisdictional defects. First, the notice of appeal was untimely filed. The district court entered the judgment of conviction on June 17, 2020. Appellant did not file the notice of appeal, however, until May 9, 2022, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Second, appellant has previously appealed the judgment of conviction, and this court affirmed that decision. *See Robertson v. State*, Docket No. 81400 (Order of Affirmance, May 14, 2021). A second duplicate appeal may not proceed. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-19108

cc:    Hon. Michelle Leavitt, District Judge
Raekwon Setrey Robertson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk